COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No. 01-14-0703-CV; *Christoph Henkel, Appellant v. Emjo Investments, Ltd. and H.J. von der Goltz, Appellees*

Date motion filed: October 13, 2015

Type of motion: Motion for rehearing

Party filing motion: Appellant

 

 

The Court requests a response to the motion for rehearing. *See* TEX. R. APP. P. 49.2. The response, if any, should be filed by November 6, 2015.

 

 

Judge's signature: /s/ Jane Bland
                             Jane Bland
                             Justice, acting individually

 

Panel consists of Justices Jennings, Bland, and Brown.

 

 

Date: November 5, 2015